# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS, INDIANA

| | |
|---|---|
| **IMARI MARTIN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO.: 1:21-cv-1890 |
| | ) |
| **LOUIS DEJOY, POSTMASTER GENERAL** | ) |
| **UNITED STATES POSTAL SERVICE** | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendants. In support of her Complaint and as cause of action against the Defendants, Plaintiff respectfully submits the following:

## JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e and 28 U.S.C. §§ 1331 and 1343 and 1343.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on April 20, 2021.

## PARTIES

3. Plaintiff is an African American female and at all relevant times she resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. On November 26, 2020, Plaintiff began working at the Defendant as a mail handler assistant.

6. Plaintiff performed her job well.

7. On or around December 31st, 2020, Plaintiff went to her supervisor and told her that she had an upcoming doctor's appointment because she believed she may be pregnant.

8. Plaintiff's supervisor told her that she needed to get an abortion or a miscarriage if she wanted to keep her job.

9. Later, Plaintiff's supervisor reiterated to another employee that if she wanted to keep the job, Plaintiff had the option of either having a miscarriage or an abortion.

10. The next day, Plaintiff filed a claim with the EEO about the interaction.

11. In the following weeks, Plaintiff's supervisor and another supervisor harassed her frequently about her pregnancy.

12. In January, Plaintiff took a two-week leave due to Covid-19. When she returned to work and went to get her check, Defendant had moved her to a new department under another supervisor the day before the pending EO hearing.

13. Plaintiff's old supervisor still frequently came down to her department to harass her in her new area.

14. Plaintiff's working conditions became so intolerable that she was forced to resign on January 21, 2021. When Plaintiff resigned, her Supervisor called her names, told her she was 'broke' and a 'bitch' and attempted to physically assault Plaintiff.

15. Because of the assault, Plaintiff was unable to complete her resignation paperwork until the January 26, 2021.

16. Plaintiff was harassed due to her pregnancy.

17. Plaintiff was retaliated against for engaging in protected activity.

18. Plaintiff was constructively discharged due to her pregnancy.

19. Plaintiff was constructively discharged for engaging in protected activity.

## COUNT I

20. Plaintiff incorporates by reference paragraphs 1-19.

21. Defendants, as a result of harassing Plaintiff due to her pregnancy, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT II

22. Plaintiff incorporates by reference paragraphs 1-19.

23. Defendants, as a result of constructively discharging Plaintiff due to her pregnancy, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

24. Plaintiff incorporates by reference paragraphs 1-19.

25. Defendants, as a result of constructively discharging Plaintiff for engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT IV

1. Plaintiff incorporates by reference paragraphs 1-19.

2. Defendants, as a result of retaliating against Plaintiff for engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff her cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Sarah Larimer
Amber K. Boyd #36230-29
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Sarah Larimer
Sarah Larimer #36230-29
Attorney for Plaintiff

Sarah Larimer #36230-29
Amber Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416